PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Carlos Uriel Chavez-Barajas**

**Docket No. 0:00CR00309-001(PAM)**

**Petition to Quash Warrant**

COMES NOW **CURT L. STEVENS**, SUPERVISING U.S. PROBATION OFFICER OF THE COURT, presenting a Petition regarding **Carlos Uriel Chavez-Barajas** who was sentenced for Possession with Intent to Distribute 1.32 Kilograms of Methamphetamine on March 24, 2001, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Comply with Immigration

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It was originally believed that on May 18, 2007, the offender was arrested for Driving Without a License in North Charleston, South Carolina, subsequent to his deportation on October 1, 2004. On August 22, 2007, a Petition requesting a warrant was filed with the Court and the warrant was issued on August 24, 2007. However, upon further review of this matter, including confirmation of the FBI number, it appears that this subject was not arrested in South Carolina. Consequently, the U.S. Probation Office has no information that the subject has re-entered the United States and immigration authorities have had no contact with him since his deportation.

PRAYING THAT THE COURT WILL ORDER That the Petition dated August 22, 2007, requesting a warrant be quashed.

SCANNED
AUG 30 2007
U.S. DISTRICT COURT ST. PAUL

copy to D. Levendusky
faxed to USM 8-29-07

ORDER OF THE COURT

Considered and ordered this 29th day of August, 2007, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Curt L. Stevens
Supervising U.S. Probation Officer
Telephone: 612-664-5375

Executed on August 29, 2007
Place Minneapolis